JONES *v.* SPENCE *et al.*

COBB, J. This being the first grant of a new trial, and the evidence not having demanded the verdict, the discretion of the trial judge will not be controlled. *Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided June 12, 1902.

Trover. Before Judge Williams. City court of Waycross. August 26, 1901.

*John T. Myers* and *W. S. Branham,* for plaintiff.
*Leon A. Wilson,* for defendants.

---

JOHNSON, administrator, *v.* GIRTMAN, administratrix.

SIMMONS, C. J. 1. "A quitclaim deed, taken in good faith, is sufficient color upon which to base title by prescription, when accompanied by seven years' possession thereunder." *Castleberry* v. *Black,* 58 *Ga.* 386.

2. A deed whereby the grantor, for a valuable consideration, grants, remises, sells, and releases unto the grantee, his heirs and assigns, "all the right, title, interest, claim, or demand [the grantor] has or may have had in and to his interest in and to" a certain described lot of land, is sufficient to amount to a conveyance of whatever interest the grantor had in the entire lot.

3. Where the grantee in such a deed purchases the land in good faith, goes into possession under the deed, and holds the land adversely for more than seven years, his claim ripens into a good prescriptive title.
*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided June 12, 1902.

Complaint for land. Before Judge Bennet. Coffee superior court. September 9, 1901.

*Leon A. Wilson* and *J. L. Sweat,* for plaintiff.
*Quincey & McDonald,* for defendant.